# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

SHERI WHITE, Individually and
as Special Administrator of the Estate
of Darrick Lee White                                                    PLAINTIFF

v.                            No. 4:19-cv-864-DPM

C. R. BARD, INC.;
BARD PERIPHERAL VASCULAR, INC.;
and DOES, 1 through 100                                                 DEFENDANTS

## ORDER

This case is related to the several C. R. Bard cases from the MDL that are now before Judge Moody. GEN. ORDER NO. 39(b)(5). The Court therefore directs the Clerk to reassign this case to Judge Moody.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 December 2019